IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

                 Plaintiffs,

v.

MILESSTORE, *et al.*,

                 Defendants.

Civil Action No. 25-cv-593

**(Judge Bissoon)**

AND NOW, this _____ DAY of _____, 2025, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

_____
Clerk