IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

                         Plaintiffs,              Civil Action No. 25-cv-593

v.
                                                  **(Judge Bissoon)**
MILESSTORE, *et al*.,

                         Defendants.

**DECLARATION OF STANLEY D. FERENCE III
IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**

I caused the complaint and a summons in this action to be served on the Defendants on the dates as set forth in ECF No. 34; at the time within which such Defendants may answer or otherwise move as to the complaint has expired; that such Defendants have not answered or otherwise moved and that the time for such Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania on June 25, 2025.


/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile
Attorneys for the Plaintiff