IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOKA, LLC,

                           Plaintiff,

v.

MILESSTORE, et al.,

                           Defendants.

Civil Action No.

25-cv-593

(Judge Bissoon)

## **NOTICE OF ACTION BY AMAZON**

On December 22, 2025, this Court entered an Order on non-party Mooye's Motion to Intervene and Motion to Clarify and Modify the Temporary Restraining Order and Preliminary Injunction Order ("the Order"). That same day, although not ordered to do so, Plaintiff Toka, LLC ("Toka") voluntarily provided a copy of the Order to Amazon. Yesterday, December 26, 2025, Toka's counsel received Amazon's response: "Thank you – after review, we have not reinstated the ASIN for Mooye." A copy of the email thread containing Toka's email to Amazon and Amazon's response is attached as Exhibit 1. This exchange confirms Toka's earlier representation to the Court that Mooye's listing violated Amazon's policies and that Amazon had the contractual authority to take down Mooye's listing.

                           Respectfully submitted,

Dated: December 27, 2025           /s/ Stanley D. Ference III
                                  Stanley D. Ference III
                                  Pa. ID No. 59899
                                  courts@ferencelaw.com

                                  FERENCE & ASSOCIATES LLC
                                  409 Broad Street
                                  Pittsburgh, Pennsylvania 15143
                                  (412) 741-8400 – Telephone
                                  (412) 741-9292 – Facsimile

                                  Attorneys for Plaintiff