# EXHIBIT 1

**Stanley Ference**

| | |
|---|---|
| **From:** | ████████████████ @amazon.com> |
| **Sent:** | Friday, December 26, 2025 3:36 PM |
| **To:** | F&A Anti-Counterfeiting |
| **Cc:** | Stanley Ference |
| **Subject:** | RE: 25-cv-539 – W.D. Pennsylvania |

Thank you – after review, we have not reinstated the ASIN for Mooye. Please let me know if you need anything further.
████████████

With appreciation,
████████████
Paralegal
(She/Her)
E: ████████ @amazon.com
Time Zone: Central

## amazon

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.

**From:** F&A Anti-Counterfeiting <Anti-Counterfeiting@ferencelaw.com>
**Sent:** Monday, December 22, 2025 5:13 PM
**To:** ████████████████ @amazon.com>
**Cc:** Stanley Ference <sference@ferencelaw.com>
**Subject:** [EXTERNAL] 25-cv-539 – W.D. Pennsylvania

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Dear ████████

Attached is a copy of a Court Order that was entered today at the request of seller Mooye (Seller ID A382VRS2QEHFW5).

Also attached is the paperwork our client submitted to the Court showing that the product sold by Mooye on ASIN B0FPF7TYS2 and currently sold on ASIN B0FVRDGRH3 violates Amazon's policies. As noted therein, the product sold by Mooye on both ASINs is not UL certified and violates the National Electric Code as the product uses smaller gauge wire

1

than required under code.  We assume Amazon does not want to be distributing unsafe products.

Mooye appears to be extremely concerned about a purported Dec. 25 deadline for destruction of the product in inventory under ASIN B0FPF7TYS. We have no first-hand knowledge of this issue and take no position—that is between Amazon and Mooye.

Regards,

Ference & Associates, LLC | 409 Broad Street | Sewickley, Pennsylvania 15143 | Email: Anti-Counterfeiting@ferencelaw.com

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

2